# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER PARSONS (17),<br><br>　　　　　　　　Defendant. | Case No. 15CR2932-H<br><br>Booking No. 52272-408<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Christopher Parsons. The defendant is hereby discharged and the bond is hereby exonerated as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 5, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-